

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESLIE CARTER, | : |
| | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 11-7187 |
| WEST CHESTER UNIVERSITY. | : |
| | : |

## ORDER

**AND NOW** this 23rd day of April, 2014, **IT IS HEREBY ORDERED AND DECREED** upon careful consideration of Defendant West Chester University's unopposed Motion for Summary Judgment (Doc. 10) and Defendant's unopposed Statement of Undisputed Material Facts (Doc. 11), along with exhibits, and for the reasons set forth below, Defendant's Motion for Summary Judgment is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this matter as **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker
Hon. Petrese B. Tucker, C.J.

ENTERED
APR 2 3 2014
CLERK OF COURT